BEFORE THE FIRST DIVISION, MARCH 3, 1943

**No. 48069.**—Protests 31191–K, etc., of Edwin Jay, Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the cuff links in question are the same in all material respects as those the subject of *United States* v. *Heinrich Herrmann & Weiss* (30 C. C. P. A. 47, C. A. D. 213). The claim at 25 percent under paragraph 1531 was therefore sustained.

**No. 48070.**—Protest 805285–G of DeBoer & Livingston (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 44140 the glass atomizers in question were held dutiable at 60 percent under paragraph 218(f) as claimed.

**No. 48071.**—Protest 900598–G of S. A. Haram (New York).

Opinion by COLE, J. Following *Haram* v. *United States* (5 Cust. Ct. 159, C. D. 390) the claim under paragraph 720(a), as amended, was sustained.

BEFORE THE SECOND DIVISION, MARCH 3, 1943

**No. 48072.**—Protests 983651–G, etc., of A. D. Cohen Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) certain of the hemp hats in question were held dutiable under paragraph 1504 (b) (1) as claimed.

**No. 48073.**—Protests 945436–G, etc., of Albert Eckstein & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) certain of the hemp hats in question were held dutiable under paragraph 1504 (b) (1) as claimed.

**No. 48074:**—Protests 861685–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) certain of the hemp hats in question were held dutiable under paragraph 1504 (b) (1) as claimed.